To whom it may concern.

My name is Carlos Escorza DOB 10/07/1995 I'm currently incarcerated in the Department of Corrections of Colorado prisoner ID number 194557 I'm writing today 12-30-24, in regards to attaining any case information pertaining to me. I was previously interrogated by Special Agents of the Department of homeland Security, in which they said I had pending charges. May I please have a detainer filed as well as any information regarding such case or cases please and thank you.

Sincerely

Carlos Escorza

p.s reply to Carlos Escorza 194557
Fremont Correctional Facility
Canon City Colorado 81215
P.O. box 999.



**Colorado Department of Corrections**

Name: Carlos Esworza
Register Number: 194557
Unit: 6 Tower
Box Number: P.O. Box 999
City, State, Zip: Cañon City, CO 81215

450 Golden Gate Avenue 16th Floor
US District Courthouse Clerks Office
San Francisco, California 94102

RECEIVED
JAN - 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENVER CO 802
2 JAN 2025 PM 9 L

FCF

FACILITY

STAFF LAST NAME

DATE REC'D 12/30/2[?]

ID# 2124

OFFENDER LAST NAME

DOC# 10455[?]